**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Scott Ekleberry,

        vs.                Case No. 2:21-cv-5200

Sam Dong Ohio, Inc.,          **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 2, 2022 Opinion and **Order,** Defendant's Motion for Judgment on the Pleadings is GRANTED.

Date: **December 2, 2022**      **Richard Nagel, Clerk**

                              s/ Jennifer Kacsor

                        By Jennifer Kacsor/Courtroom Deputy